# Court of Appeals
# of the State of Georgia

ATLANTA, May 23, 2012

*The Court of Appeals hereby passes the following order*

**A12A1364. ROBERT AUTRUE DURHAM v. THE STATE .**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW

THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, May 23, 2012.*

*I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*